UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA CHINGBONG BARBER, | |
| Plaintiff, | No. C 22-08948 WHA |
| v. | |
| WAYNENARD J. AITEMON, | **ORDER ADOPTING IN PART REPORT AND RECOMMENDATION** |
| Defendant. | |

The undersigned has reviewed the report and recommendation of Magistrate Judge Alex G. Tse and agrees that this action should be remanded to the Superior Court of California, County of San Mateo. No objection was received in response to the report. This order adopts the report and recommendation, except that defendant shall pay plaintiff $1,000 for attorney's fees. The award balances defendant's dilatory tactics to postpone resolution of this unlawful detainer case and alleged in forma pauperis status.

Plaintiff's motion to remand the action is **GRANTED**. Defendant's motion for leave to proceed in forma pauperis is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Dated: February 13, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE